JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONNIE R. SMITH, | Case No. CV 14-02976 AN |
| Plaintiff, | JUDGMENT |
| v. | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

For the reasons set forth in the accompanying memorandum and order, it is hereby ADJUDGED AND DECREED THAT, (1) Plaintiff's request for an order remanding the case for further proceedings is GRANTED; (2) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the action is DENIED; and (3) judgment is hereby entered in Plaintiff's favor.

DATED: January 22, 2015

_____
ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE