1  ~~LAW OFFICES OF BILL LATOUR~~
2  ~~BILL LATOUR [CSBN: 169758]~~
3  ~~1420 E. Cooley Dr., Suite 100~~
   ~~Colton, California 92324~~
4  ~~Telephone: (909) 796-4560~~
   ~~Facsimile: (909) 796-3402~~
5  ~~E-Mail: fed.latour@yahoo.com~~
6
7  ~~Attorney for Plaintiff~~
8
9              UNITED STATES DISTRICT COURT
          CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION
10
11 TONNIE R. SMITH,              )   No. CV 14 - 02976 AN
                                 )
12     Plaintiff,                )   [~~PROPOSED~~] ORDER AWARDING
                                 )   EAJA FEES
13                               )
14     v.                        )
                                 )
15 CAROLYN W. COLVIN, Acting     )
16 Commissioner Of Social Security, )
                                 )
17     Defendant.                )
18

19     Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
20     IT IS ORDERED that EAJA fees are awarded in the amount of ONE
21 THOUSAND SEVEN HUNDRED FIFTY DOLLARS AND 00/100 ($1,750.00)
22 subject to the terms of the stipulation.
23
24
25 DATE:   April 10, 2015      _____
26                             HON. ARTHUR NAKAZATO
27                             UNITED STATES MAGISTRATE JUDGE
28

-1-